**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BERNALDINA O'CAMPOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02349-JD |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Bernaldina O'Campos ("Petitioner") filed a Motion to Enforce Order Granting Writ of Habeas Corpus in Part, or, in the Alternative, for Supplemental Relief ("Motion"). [Doc. No. 12].

Respondents shall file a response by December 7, 2026. Petitioner may file an optional reply brief within 7 days of Respondents' Response.

IT IS SO ORDERED this 23rd day of November 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE